# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

AMIEL FISHER,

                Plaintiff,

          -vs-                              Case No.   09-C-0794

ERIKA ROSENOW, JACKIE GRISHAM, and
DIVISION OF COMMUNITY CORRECTIONS,

                Defendants.

---

# DECISION AND ORDER

---

        The plaintiff, Amiel Fisher, who is proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. In a decision and order dated March 3, 2010, the Court granted Fisher's motion for leave to proceed *in forma pauperis*, denied Fisher's motion to appoint counsel, and directed the plaintiff to filed an amended complaint on or before April 2, 2010. Fisher was advised that this case would be dismissed if he failed to submit an amended complaint. A review of the docket in this case indicates that the plaintiff has not filed an amended complaint.

        **IT IS THEREFORE ORDERED** that this action be and hereby is **dismissed** without prejudice for failure to prosecute.

**IT IS ALSO ORDERED** that a copy of this order be sent to Corey F. Finkelmeyer, Assistant Attorney General, Wisconsin Department of Justice, P.O. Box 7857, Madison, Wisconsin, 53707-7857.

Dated at Milwaukee, Wisconsin, this 20th day of April, 2010.

**SO ORDERED,**

*s/ Rudolph T. Randa*

**HON. RUDOLPH T. RANDA**
**U. S. District Judge**